IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIE WESLEY BROWN,

   Plaintiff,

    v.

MRS. WINNERS CHICKEN AND
BISCUITS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-3557-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action against the individual Defendants and allowing the action to proceed on the Plaintiff's Title VII claim against Mrs. Winners. The Plaintiff's Objections are totally without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed as to the individual Defendants. The Plaintiff's Motion for Extension of Time [Doc. 10] and Motions to Amend [Doc. 12 & 13] are DENIED.

SO ORDERED, this 19 day of May, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge